**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 20-7338**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

RODNEY WAYNE BARNES, a/k/a C,

        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  Norman K. Moon, Senior District Judge.  (3:10-cr-00032-NKM-1)

─────────────

Submitted:  March 18, 2021                   Decided:  March 22, 2021

─────────────

Before WILKINSON and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Rodney Wayne Barnes, Appellant Pro Se.  Christopher R. Kavanaugh, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney Wayne Barnes appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Upon review of the record, we conclude that the district court did not abuse its discretion in denying Barnes' motion. *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020) (stating standard). Accordingly, we affirm for the reasons stated by the district court. *United States v. Barnes*, No. 3:10-cr-00032-NKM-1 (W.D. Va. Sept. 2, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*